

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SALLIE M. ESCOBEDO,

Plaintiff,

v.

PRIME RECOVERY LLC,

Defendant.

Case No. 3:19-cv-01096-JAH-JLB

**PRO HAC VICE APPLICATION**

SALLIE M. ESCOBEDO
Party Represented

I, __Joseph S. Davidson__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Sulaiman Law Group, Ltd.
Street address: 2500 S. Highland Avenue, Suite 200
City, State, ZIP: Lombard, IL 60148
Phone number: (630) 575-8181
Email: jdavidson@sulaimanlaw.com
That on __5/6/2010__ I was admitted to practice before __Illinois State Bar__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I [X] have)  [ ] have not)  concurrently or within the year preceding this application made
any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case __Nieuwinckel et. al. v. I.Q. Data International, Inc.__
Case Number __3:18-cv-02909-BTM-NLS__        Date of Application __1/18/2019__
Application: [X] Granted    [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Joseph Davidson_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Nicholas M. Wajda                          (619) 649-2492
(Name)                                      (Telephone)

Wajda Law Group, APC
(Firm)

3111 Camino Del Rio North, Suite 400    San Diego         92108
(Street)                                 (City)            (Zip code)

_/s/ Joseph Davidson_
(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Joseph Scott Davidson

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/06/2010 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 21st day of May, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois