AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Sallie M. Escobedo

<br>

*Plaintiff*

v.

Prime Recovery LLC

*Defendant*

Civil Action No. 19-cv-01096-JAH-JLB

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Prime Recovery LLC
c/o Registered Agent
Registered Agents Inc
1267 Willis Street, Suite 200
Redding, California 96001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas M Wajda
11400 West Olympic Boulevard ; Suite 200M
Los Angeles, CA 90064
310-997-0471

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/12/19

John Morrill
*CLERK OF COURT*
S/ A. Smith
*Signature of Clerk or Deputy Clerk*

[SERVED]

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 19-CV-01096-JAH-JLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PRIME RECOVERY LLC was received by me on *(date)* Jun 18, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Megan Isner- Authorized to Accept at Registered Agents, Inc., Agent for Service, who is designated by law to accept service of process on behalf of *(name of organization)* PRIME RECOVERY LLC on *(date)* Wed, Jun 19 2019 at 12:20 PM; or

☐ I returned the subpoena unexecuted because: _____; or

☐ Other: _____; or

I declare under penalty of perjury that this information is true.

Date: 6/19/2019

*Server's signature*

Duane Shoemaker -- Process Server
*Printed name and title*

4651 Brookhollow Circle, Ste. C, Riverside, CA 92509
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 19, 2019, 12:20 pm PDT at COMPANY: Registered Agents, Inc., 1267 WILLIS ST STE 200, REDDING, CA 96001 received by Megan Isner

Additional Documents Served:
Complaint