# DECLARATION

JOSEPH S. DAVIDSON, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. That I am an attorney for the Plaintiff, SALLIE ESCOBEDO, and in that capacity am responsible to represent the interest of Plaintiff in the above captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to defendant PRIME RECOVERY LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and in support of this application do show that:

   A. The defendant was personally served on June 19, 2019 at 12:20 PM, through its Registered Agent, with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1) of the Federal Rules of Civil Procedure.

   B. Upon Plaintiff's information and belief, the defendant, being a Louisiana limited liability company with its principal place of business in Niagara Falls, New York, is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g) of the Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520;

   C. The defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a) of the Federal Rules of Civil Procedure, has expired;

1       D.    Copies of this Declaration and the Request, seeking entry of default, which are being filed herewith, have this date been served upon the defendant by regular mail, postage prepaid.

FURTHER AFFIANT SAYETH NOT.

*Joseph Davidson*
JOSEPH S. DAVIDSON

SUBSCRIBED AND SWORN to before me this 4th day of September, 2019.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020