

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Sallie M. Escobedo,

**Civil No.** 19-cv-01096-JAH-JLB

**Plaintiff,**

V.

**DEFAULT**

Prime Recovery LLC,

**Defendant.**

     It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on 6/12/2019 has been regularly served upon the Defendant hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that the Defendant has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counsel for Plaintiff, the DEFAULT of the following Defendant is hereby entered: Prime Recovery LLC.

Entered On: 9/5/2019

**JOHN MORRILL, Clerk of Court**

By: s/ T. Ferris

T. Ferris, Deputy