UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLIE M. ESCOBEDO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PRIME RECOVERY LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 19cv1096-JAH (JLB)<br><br>**ORDER GRANTING DEFAULT JUDGMENT** |

　　　Plaintiff, Sallie M. Escobedo's, Motion for Default Judgment came before this Court on January 13, 2020, at 2:30 pm. Counsel for Plaintiff appeared telephonically. Defendant, Prime Recovery LLC, failed to appear, despite having been properly served with notice of this hearing.

　　　For the reasons orally stated by the Court on the record and based upon the forgoing, IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Default Judgment is GRANTED.
2. Plaintiff shall recover an award of $35,916.00 from Defendant, which represents the following:
   a. $1,000.00 in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);
   b. $7,500.00 in statutory damages pursuant to 47 U.S.C. §227(b)(3)(B);
   c. $22,500.00 in treble damages pursuant to 47 U.S.C. §227(b)(3)(C);
   d. $1,000.00 in statutory damages pursuant to Cal. Civ. Code §1788.30(b); and

      e. $3,916.00 in costs of this action, together with reasonable attorney's fees.

3. Interest shall accrue on the judgment until satisfied by Defendant.

**IT IS SO ORDERED.**

DATED: April 8, 2020

_____
Hon. John A. Houston
United States District Judge

2