

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sallie M. Escobedo,<br><br>Plaintiff,<br>V.<br><br>Prime Recovery LLC,<br><br>Defendant. | Civil Action No.  19-cv-01096-JAH-JLB<br><br>**DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff shall recover an award of $35,916.00 from Defendant, which represents the following:
a. $1,000.00 in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);
b. $7,500.00 in statutory damages pursuant to 47 U.S.C. §227(b)(3)(B);
c. $22,500.00 in treble damages pursuant to 47 U.S.C. §227(b)(3)(C);
d. $1,000.00 in statutory damages pursuant to Cal. Civ. Code §1788.30(b); and
e. $3,916.00 in costs of this action, together with reasonable attorney's fees.
Interest shall accrue on the judgment until satisfied by Defendant.

Date:  4/8/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ T. Ferris

T. Ferris, Deputy